# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santos Maradiaga-Villalta,<br>Petitioner,<br>v.<br>Kristopher Kline, et al.,<br>Respondents. | No. CV-25-00351-PHX-SMB (ASB)<br>**ORDER** |

Petitioner filed a Motion for Temporary Restraining Order seeking to enjoin his third country removal to Mexico prior to processing his claim that he faces a threat of persecution or torture (a "fear claim") (Doc. 13). The emergency briefing confirms Petitioner is proceeding through the process to evaluate his "fear claim" for withholding of removal to Mexico (Doc. 16 at 2; Doc. 17 at 2). Petitioner's request for TRO is therefore and will be denied. To the extent Petitioner requests the Court to order Respondents to provide notice before attempting to remove Petitioner to an alternative third country (Doc. 13 at 2-3; ), that request is denied without prejudice.

**IT IS THEREFORE ORDERED** Plaintiff's Motion for a Temporary Restraining Order (Doc. 13) is **denied** as moot.

Dated this 28th day of February, 2025.

Honorable Susan M. Brnovich
United States District Judge