IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santos Maradiaga-Villalta,<br><br>    Petitioner,<br><br>v.<br><br>Kristopher Kline, et al.,<br><br>    Respondents. | No. CV-25-00351-PHX-SMB (ASB)<br><br>**ORDER** |

The Court having reviewed Petitioner's Motion to Dismiss (Doc. 27) and good cause appearing,

**IT IS ORDERED** granting the Motion and dismissing the matter pursuant to Fed. R. Civ. P. 41(a)(2) with each party to bear its own fees and costs.

Dated this 6th day of May, 2025.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge